# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **United States of America,**<br><br>  Plaintiff,<br><br>  v.<br><br>**Prairie Rose White Buffalo,**<br><br>  Defendant, | Case No. 10-10035<br><br>District of South Dakota |
| **United States of America,**<br><br>  Plaintiff,<br><br>  v.<br><br>**Nathan Lang,**<br><br>  Defendant. | 2:11-mj-399-PAL<br><br>District of Nevada<br><br>**Order Requiring the United States Marshal Service to Release Nathan Lang to Custody of Federal Bureau of Investigation** |

This matter came before the Court for the defendant Nathan Lang's Initial Appearance on June 15, 2001, pursuant to the defendant's arrest on a material witness arrest warrant issued by the Honorable Charles B. Kornmann, United States District Court, District of South Dakota, on June 14, 2011. This Court issued a temporary order of detention for three days with the order that defendant Lang be transported to the District of South Dakota. Pursuant to this order, the United States Marshal Service shall release Nathan Lang on June 15, 2011, to the Federal Bureau of Investigation for transportation to Aberdeen, South Dakota. The means of transportation shall be as follows:

on June 15, 2011, the FBI will place Lang unaccompanied on a flight from Las Vegas, Nevada, to Minneapolis, Minnesota, where the FBI will meet Lang and escort him to a flight from Minneapolis to Aberdeen, South Dakota, scheduled to depart Minneapolis on June 15, 2011. There the FBI will detain Lang or transfer him to the custody of the US Marshal Service, for appearance in court pursuant to the order of Judge Kornmann.

DATED this 15th day of June, 2011.

_____
United States Magistrate Judge